# EXHIBIT 2

# EXHIBIT 2

Gmail - Activity in Case 1:24-cv-07628 Rojas v. Montano et al set/reset hearings                         12/3/24, 19:50



Jorge Rojas <rojas.jorge96@gmail.com>

## Activity in Case 1:24-cv-07628 Rojas v. Montano et al set/reset hearings
2 messages

**usdc_ecf_ilnd@ilnd.uscourts.gov** <usdc_ecf_ilnd@ilnd.uscourts.gov>          Mon, Sep 30, 2024 at 11:11 AM
To: ecfmail_ilnd@ilnd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States District Court**

**Northern District of Illinois - CM/ECF NextGen 1.7.1.1**

### Notice of Electronic Filing

The following transaction was entered on 9/30/2024 at 11:11 AM CDT and filed on 9/30/2024
**Case Name:**          Rojas v. Montano et al
**Case Number:**        1:24-cv-07628
**Filer:**
**Document Number:** 9

**Docket Text:**
**MINUTE entry before the Honorable Matthew F. Kennelly: By no later than 10/11/2024, the parties (or, if no defendant has yet appeared, the plaintiff(s)) are to file a joint status report that includes the following information: (1) the status of service of process upon each defendant; (2) a description of each party's claims and defenses; (3) details regarding any discussions concerning settlement, whether before or after the filing of the lawsuit; (4) a proposed discovery and pretrial schedule; and (5) any other matters that any party wishes to bring to the Court's attention. The case is set for a case management conference under Federal Rule of Civil Procedure 16 on 10/18/2024 at 9:20 a.m. The case management conference will be conducted by telephone, using the following call-in number: 650-479-3207, access code 2305-915-8729. Plaintiff's counsel is directed to provide a copy of this order to any defendant that has not yet appeared by counsel via regular mail at the address at which the defendant has been or is to be served with process. (mk)**

**1:24-cv-07628 Notice has been electronically mailed to:**

Jorge Alejandro Rojas      rojas.jorge96@gmail.com

**1:24-cv-07628 Notice has been delivered by other means to:**

Case: 1:24-cv-07628 Document #: 24-2 Filed: 12/03/24 Page 3 of 10 PageID #:103

**Jorge Rojas** <rojas.jorge96@gmail.com>  Sat, Oct 5, 2024 at 5:05 PM
To: manuel@manuelcardenas.law, mcjimenez@gmail.com

Hello Mr. Cardenas & Mr. Jimenez,

Please advise whether or not either of you will be representing the defendants in this matter. The Defendants are Enrique Montano (SR), Enrique Montano (JR), and Montanos Adjusting Sevices. If so, I would like to setup some time to meet and confer pursuant to the deadlines entered. The operative complaint is also attached.

Thanks.

[Quoted text hidden]
--
Jorge Rojas



**10 - AC.pdf**
148K

 Jorge Rojas <rojas.jorge96@gmail.com>

## 1:24-cv-07628 Rojas v. Montano et al - Status Report Draft

**Jorge Rojas** <rojas.jorge96@gmail.com>  Wed, Oct 9, 2024 at 11:18 AM
To: mcjimenez@gmail.com

**FRE 408 COMMUNICATIONS**

Hi Michael,

You terminated the call prior to the parties being able to complete the conferral necessary for the joint report.

I am attaching a copy of my draft. It is due on Friday the 11th with a status hearing on 10/18 (9:20am). Please provide me with any additions or changes prior to then. If I do not hear from you, I will include that it is an individual report and note my attempts at conferral. Also, please confirm whether you represent all of the defendants.

My offer to settle this matter for ████████ remains open until the filing of any responsive pleading, motion, or default.

Thanks.

--
Jorge Rojas

 **SR.docx**
39K

Gmail - Activity in Case 1:24-cv-07628 Rojas v. Montano et al request for default    12/3/24, 19:51



Jorge Rojas <rojas.jorge96@gmail.com>

# Activity in Case 1:24-cv-07628 Rojas v. Montano et al request for default
6 messages

---

**usdc_ecf_ilnd@ilnd.uscourts.gov** <usdc_ecf_ilnd@ilnd.uscourts.gov>    Sat, Nov 16, 2024 at 8:08 AM
To: ecfmail_ilnd@ilnd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States District Court**

**Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.1)**

## Notice of Electronic Filing

The following transaction was entered on 11/16/2024 at 8:08 AM CST and filed on 11/16/2024
**Case Name:**        Rojas v. Montano et al
**Case Number:**      1:24-cv-07628
**Filer:**
**Document Number:** 19

**Docket Text:**
**REQUEST For Default** *as to Montanos Adjusting Sevices, Inc* **(Rojas, Jorge)**

**1:24-cv-07628 Notice has been electronically mailed to:**

Jorge Alejandro Rojas &nbsp &nbsp rojas.jorge96@gmail.com

**1:24-cv-07628 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=11/16/2024] [FileNumber=28557907
-0] [6b710cc5a7dd40d59e4791ecf8dbf50fff0cd219e716d1d5e0c99c077e415f6e4
b6bdad784d0e7c734f1954b226cc4492fd6f7af3e31e6c366c1cf10b25cb945]]

---

**usdc_ecf_ilnd@ilnd.uscourts.gov** <usdc_ecf_ilnd@ilnd.uscourts.gov>    Sat, Nov 16, 2024 at 8:13 AM
To: ecfmail_ilnd@ilnd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.1)**

## Notice of Electronic Filing

The following transaction was entered on 11/16/2024 at 8:13 AM CST and filed on 11/16/2024
**Case Name:**        Rojas v. Montano et al
**Case Number:**      1:24-cv-07628
**Filer:**
**Document Number:** 20

**Docket Text:**
**REQUEST For Default** *as to Enrique Montano aka Enrique Montano Jr* **(Rojas, Jorge)**

**1:24-cv-07628 Notice has been electronically mailed to:**

Jorge Alejandro Rojas &nbsp &nbsp rojas.jorge96@gmail.com

**1:24-cv-07628 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=11/16/2024] [FileNumber=28557910
-0] [694502c48f95e3cd3ae9fa1d50a0d6c6c304115e401228bef50f47df4d55015cc
8e8f919d430a51fbcb55f12271b0e19c60e68b4d292ae594078bdbdbf0cc8c7]]

---

**usdc_ecf_ilnd@ilnd.uscourts.gov** <usdc_ecf_ilnd@ilnd.uscourts.gov>
To: ecfmail_ilnd@ilnd.uscourts.gov

Sat, Nov 16, 2024 at 8:20 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.1)**

## Notice of Electronic Filing

The following transaction was entered on 11/16/2024 at 8:20 AM CST and filed on 11/16/2024
**Case Name:** Rojas v. Montano et al
**Case Number:** 1:24-cv-07628
**Filer:**
**Document Number:** 21

**Docket Text:**
**REQUEST For Default *as to Enrique Montano aka Enrique Montano Sr* (Rojas, Jorge)**

**1:24-cv-07628 Notice has been electronically mailed to:**

Jorge Alejandro Rojas &nbsp &nbsp rojas.jorge96@gmail.com

**1:24-cv-07628 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=11/16/2024] [FileNumber=28557913
-0] [3c76d9f9821ab6efe24ab7a6f15daf20547b0062872f80c809d4bbd2ab77b2297
4dd1737b7840511d499bf4da7b4d87e9fa8d2cfdfbc530b1894e4f49551dd9e]]

---

**Jorge Rojas** <rojas.jorge96@gmail.com>  Sat, Nov 16, 2024 at 8:22 AM
To: mcjimenez@gmail.com

Hi Michael,

Here's a request for entry of default which was filed today. Paper copy forthcoming.

Thanks.

[Quoted text hidden]
--
Jorge Rojas

---


**19 - RFED MAS.pdf**
83K

---

**Jorge Rojas** <rojas.jorge96@gmail.com>  Sat, Nov 16, 2024 at 8:22 AM
To: mcjimenez@gmail.com

Hi Michael,

Here's a request for entry of default which was filed today. Paper copy forthcoming.

Thanks.

---------- Forwarded message ---------
From: <usdc_ecf_ilnd@ilnd.uscourts.gov>
Date: Sat, Nov 16, 2024 at 8:15 AM
Subject: Activity in Case 1:24-cv-07628 Rojas v. Montano et al request for default
To: <ecfmail_ilnd@ilnd.uscourts.gov>

[Quoted text hidden]

--
Jorge Rojas


**20 - RFED MJR.pdf**
82K

---

**Jorge Rojas** <rojas.jorge96@gmail.com>  Sat, Nov 16, 2024 at 8:23 AM
To: mcjimenez@gmail.com

Hi Michael,

Here's a request for entry of default which was filed today. Paper copy forthcoming.

Thanks.

---------- Forwarded message ---------
From: <usdc_ecf_ilnd@ilnd.uscourts.gov>
Date: Sat, Nov 16, 2024 at 8:21 AM
Subject: Activity in Case 1:24-cv-07628 Rojas v. Montano et al request for default
To: <ecfmail_ilnd@ilnd.uscourts.gov>

[Quoted text hidden]

--
Jorge Rojas

**21 - RFED MSR.pdf**
83K



Jorge Rojas <rojas.jorge96@gmail.com>

# Rojas v. Montano, et al - 1:24-cv-07628 - Conferral on Motion for Order to Show Cause

4 messages

**Jorge Rojas** <rojas.jorge96@gmail.com>  Mon, Nov 18, 2024 at 11:55 AM
To: mcjimenez@gmail.com

Hi Michael,

I'm seeking defendants position on a motion for order to show cause for failure to file an appearance in the case. During the hearing there was an order for you to file an appearance in the case on Friday 11/1 and as of this email there hasn't been one filed. It appears as though the statements made on 11/1, seeking an extension of time to file a motion to dismiss, were merely for the purposes of delay.

Thanks.

Jorge Rojas

---

**Michael Jimenez** <mcjimenez@gmail.com>  Mon, Nov 18, 2024 at 12:43 PM
To: Jorge Rojas <rojas.jorge96@gmail.com>

Jorge -

There was an issue with my e-filing status on Pacer that I have been working out. I spoke with them today and it should be resolved (hopefully) by end of the day today.

I will file my Appearance and the Motion to Dismiss on behalf of the Defendants once the Pacer system allows. I have no doubt it will be prior to the next court date of 11/25/2025. I will email you copies of filing once this is completed.

I apologize for the delay, it was out of my hands as the filing requirements for attorneys in the Pacer system had changed unbeknownst to me.

I will explain this to Your Honor on 11/25/2024 at 9:00am.

Thank you for your understanding.

Sincerely,

Michael Jimenez
[Quoted text hidden]
--
Michael C. Jimenez
Attorney at Law
312/972-0182

---

**Jorge Rojas** <rojas.jorge96@gmail.com>  Mon, Nov 18, 2024 at 1:29 PM

To: Michael Jimenez <mcjimenez@gmail.com>

Thanks for the update Michael. Please send me the MTD that you meant to file but were unable to - so that I can review it in anticipation of the next court date.

Jorge Rojas
[Quoted text hidden]

---

**Mailtrack Notification** <notification@mailtrack.io>　　　　　　　　　　　　　　　　Mon, Nov 18, 2024 at 1:35 PM
Reply-To: mcjimenez@gmail.com
To: rojas.jorge96@gmail.com

🔥 Hot conversation: mcjimenez@gmail.com opened it many times in a short period or forwarded it. View all 6 opens | turn off hot conversations