IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Jorge Alejandro Rojas,

Plaintiff(s),

v.

Enrique Montano, Enrique Montano, and Montanos Adjusting Sevices, Inc.,

Defendant(s).

Case No. 24 C 7628
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Jorge Alejandro Rojas
and against defendant(s) Enrique Montano, Enrique Montano, and Montanos Adjusting Sevices, Inc. jointly and severally
in the amount of $40,172.48 ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion

Date: 12/20/2024

Thomas G. Bruton, Clerk of Court

Melissa Astell , Deputy Clerk