**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Jorge Alejandro Rojas

                    Plaintiff,

v.                                                    Case No.: 1:24–cv–07628
                                                      Honorable Matthew F. Kennelly

Enrique Montano, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, December 21, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court grants plaintiff's motion for costs [29] in part and taxes costs in favor of plaintiff and against defendants, jointly and severally, in the amount of $729.60. This represents the amounts sought for the filing fee, costs of service, and costs of photocopying, all of which are recoverable under 28 USC 1920. The remaining costs requested by plaintiff are not within the types of costs enumerated in section 1920 and thus are not recoverable. The RICO provision for attorney's fees and costs does not apply here because plaintiff proceeded pro se. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.