## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**Jorge Alejandro Rojas**
               Plaintiff(s),

vs.

**Enrique Montano aka Enrique Montano Sr., et al.**
               Defendant(s),

Case No.: **1:24-cv-07628**

**AFFIDAVIT OF SERVICE**

I, **Joel Knoblock**, declare and state as follows:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. The following are the results of my efforts to serve process in the above captioned case.

Type of Process: **Citation to Discover Assets to Debtor and Notice of Citation Hearing**

Defendant to be served: **Enrique Montano aka Enrique Montano Jr.**

Address where served: **640 Rance Road, Oswego, IL 60543**

On **February 01, 2025** at **5:08 PM**, I served the within named defendant in the following manner:

**INDIVIDUAL SERVICE:** By delivering a copy of this process to the within named defendant personally.

Description of person process was left with:

Sex: **Male** - Race: **Hispanic** - Hair: **Black** - Approx. Age: **25** - Height: **5ft 8in** - Weight: **170**

Comments: Left with Enrique Montano Jr

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

X_____
**Joel Knoblock**

Date Signed: 02/04/2025

Job: 664197
File: