IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, *Plaintiff,* vs. ENRIQUE MONTANO aka ENRIQUE MONTANO SR., ENRIQUE MONTANO aka ENRIQUE MONTANO JR, and MONTANOS ADJUSTING SEVICES INC, *Defendants*. | Case No. 1:24-cv-07628 Judge Matthew F. Kennelly |

## RULE TO SHOW CAUSE

This matter was set for hearings on April 4, 2025 for Citations to Discover Assets issued by Plaintiff Jorge Alejandro Rojas as to Defendants Enrique Montano aka Enrique Montano Sr, Enrique Montano aka Enrique Montano Jr, and Montanos Adjusting Sevices, Inc. No defendants appeared.

It is therefore ORDERED that Defendants Enrique Montano aka Enrique Montano Sr, Enrique Montano aka Enrique Montano Jr, and Montanos Adjusting Sevices, Inc **appear personally** before the Honorable Matthew F. Kennelly on **May 16, 2025 at 9:30 am** in Courtroom 2103 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street Chicago, IL 60604. On that date, Defendants shall show cause why they failed to appear to the April 4, 2025 hearing and why they should not be held in contempt of this Court, and if they are found to be in contempt that the Court punish them by fine, or imprisonment, or both.

**NOTICE: FAILURE TO APPEAR AS ORDERED BY THE COURT MAY RESULT IN A FINDING OF CONTEMPT AND COURT ORDER (INCLUDING A WRIT OF ATTACHMENT) FOR YOUR ARREST BY THE SHERIFF OR UNITED STATES MARSHALS SERVICE.**

Defendants shall also be prepared to conduct the citation hearing at the May 16, 2025 Rule to Show Cause hearing, including bringing the documents requested by the Plaintiff in the citations as well as completed responses to the citation.

**SO ORDERED.**

Dated: April 7, 2025

                                                  Matthew F. Kennelly
                                                  United States District Judge