Civil Action No. **1:24-cv-07628**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Enrique Montano Jr**
was recieved by me on **4/08/2025:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **Claudia Cardenas**, a person of suitable age and discretion who resides at **640A Rance Rd, Oswego, IL 60543**, on **04/09/2025 at 5:29 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date: 04/09/2025

*Server's signature*

**Joel Knoblock**
*Printed name and title*

**227 W. Monroe Street
Suite 2117
Chicago, IL 60606**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, NOTIFICATION OF DOCKET ENTRY; RULE TO SHOW CAUSE, to Claudia Cardenas who identified themselves as the subject's parent, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 45-55 years of age, 5'-5'4" tall and weighing 140-160 lbs with an accent.**



Tracking #: **0165147750**

