Civil Action No.   **1:24-cv-07628**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Montanos Adjusting Sevices**
was recieved by me on  **4/08/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Claudia Cardenas**, who is designated by law to accept service of process on behalf of **Montanos Adjusting Sevices** at **640A Rance Rd, Oswego, IL 60543** on **04/09/2025 at 5:29 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   04/09/2025

*Server's signature*

**Joel Knoblock**
*Printed name and title*

**227 W. Monroe Street
Suite 2117
Chicago, IL 60606**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, NOTIFICATION OF DOCKET ENTRY; RULE TO SHOW CAUSE,  to Claudia Cardenas who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 45-55 years of age, 5'-5'4" tall and weighing 140-160 lbs with an accent.**





Tracking #: **0165147859**