## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jorge Alejandro Rojas

                                    Plaintiff,

v.                                                          Case No.: 1:24–cv–07628
                                                            Honorable Matthew F. Kennelly

Enrique Montano, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for taxation of the costs of certain post–judgment proceedings (i.e. costs for service of legal process) [55] is granted, in light of Fed. R. Civ. P. 69(a)(1)'s incorporation of state procedure in connection with collection of a federal money judgment. Additional costs are taxed against the defendants, jointly and severally, in the amount of $730.00. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.