# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jorge Alejandro Rojas
                                  Plaintiff,

v.                                                   Case No.: 1:24−cv−07628
                                                          Honorable Matthew F. Kennelly

Enrique Montano, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 8, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person status and show cause hearings held on 8/8/2025. Proceedings against Enrique Montano Jr. are stayed due to his bankruptcy petition. The order to show cause order against Montanos Adjusting Services, Inc. is granted. Montanos Adjusting Services, Inc. is held in contempt of Court. The imposition of a contempt sanction is deferred pending the submission of a memorandum by the plaintiff. The due date for the plaintiff's memorandum in support of the sanction is due 9/22/2025. The case is set for an in−person status hearing on 10/17/2025 at 9:30 a.m. The hearing will be held in Courtroom 2103. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.