# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Jorge Alejandro Rojas
                              Plaintiff,

v.                                          Case No.: 1:24−cv−07628
                                            Honorable Matthew F. Kennelly

Enrique Montano, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, October 18, 2025:

  MINUTE entry before the Honorable Matthew F. Kennelly: The minute entry dated 10/17/2025 (dkt. 65) contained a scrivener's error and is corrected to read as follows: In person status hearing held on 10/17/2025. Plaintiff's motion for sanctions [64] is denied without prejudice for the reasons stated in open court due to the automatic stay resulting from the bankruptcy filing of defendant Enrique Montano (Jr.). (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.