**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jorge Alejandro Rojas

                    Plaintiff,

v.                                                      Case No.: 1:24–cv–07628
                                                        Honorable Matthew F. Kennelly

Enrique Montano, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 30, 2026:

        MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for a writ of execution, order of sale, and appointment of a special commissioner [71] is set for an in–person hearing on 7/14/2026 at 9:45 AM, in Courtroom 2103. Plaintiff is directed to promptly give notice of the hearing date and time to the defendants and the lienholder. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.